904 F.2d 697
 Valenti (Salvatore N., Paula J.)
v.
Cohen (Walter), White (John F., Jr.), Nelson (Scott, M.D.),
Haigh (Robert P.), Knisley (Martha), Fulton (Dorothy),
McLaughlin (June), Yovanovich (William), Hook (Ken), Beese
(Gary), Best (Leslie Wertz), Taylor (George), Kane (John),
Ulan (Howard), Mueller (Arnold), Richards (N. Mark), Riseon
(Jennifer), Majors (Andrew), Ward (David), Neipris
(Jonathan), Does (John), Roes (Mary)
 NO. 90-1096
 United States Court of Appeals,
Third Circuit.
 MAY 17, 1990
 
 Appeal From: E.D.Pa.,
 Huyett, J.
 
 
 1
 AFFIRMED.